USDC SCAN INDEX SHEET

















```
GEP    10/8/04    13:50
3:04-CV-02022    SERMON V. LA MESA CITY OF
*2*
*JYDMD.*
```

```
1  DALEY & HEFT, ATTORNEYS AT LAW
   ROBERT W. BROCKMAN, JR., ESQ. (BAR #123546)
2  SHIVA ELIHU, ESQ. (BAR #215012)
   462 STEVENS AVENUE, SUITE 201
3  SOLANA BEACH, CA 92075
   TELEPHONE:  (858) 755-5666
4  FACSIMILE:  (858) 755-7870

5  Attorneys for Defendant
   CITY OF LA MESA
```

FILED OCT 7 2004
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA SERMON, | Case No. 04CV2022 DMS (RBB) |
| Plaintiff, | (San Diego Superior Court Case No. GIE023770) |
| v. | **DEMAND FOR JURY TRIAL** |
| CITY OF LA MESA, and DOES 1 through 50, inclusive, | |
| Defendants. | |

Defendant CITY OF LA MESA hereby demands trial by jury in this action.

Dated:  October 6, 2004          DALEY & HEFT

                                 By _____
                                 ROBERT W. BROCKMAN, JR.,
                                 SHIVA ELIHU,
                                 Attorneys for Defendant CITY
                                 OF LA MESA

1